Oriska Corp. Gen. Contr. v Kordas (2024 NY Slip Op 01432)

Oriska Corp. Gen. Contr. v Kordas

2024 NY Slip Op 01432

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, OGDEN, GREENWOOD, AND KEANE, JJ.

192 CA 23-01191

[*1]ORISKA CORPORATION GENERAL CONTRACTING, ET AL., PLAINTIFFS,
v
NICHOLAS KORDAS, INDIVIDUALLY AND ON BEHALF OF KORDAS & MARINIS, LLP, ET AL., DEFENDANTS.  MERKOURIOS ANGELIADES IRREVOCABLE TRUST, LIBERTY MERKOURIOS, AS TRUSTEE OF THE MERKOURIOS ANGELIADES IRREVOCABLE TRUST, M.A. ANGELIADES, INC., LIBERTY MERKOURIOUS, AS CHIEF EXECUTIVE OFFICER OF M.A. ANGELIADES, INC., AND MERKOURIOUS ANGELIADES, INDIVIDUALLY, THIRD-PARTY PLAINTIFFS-APPELLANTS, 
 JAMES M. KERNAN, ET AL., THIRD-PARTY DEFENDANTS, AND FRANK POLICELLI, THIRD-PARTY DEFENDANT-RESPONDENT. 

ROSENBERG CALICA & BIRNEY LLP, GARDEN CITY (JUDAH SERFATY OF COUNSEL), FOR THIRD-PARTY PLAINTIFFS-APPELLANTS.
ZACHARY C. OREN, UTICA, FOR THIRD-PARTY DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Scott J. DelConte, J.), entered March 24, 2023. The order, among other things, granted the motion of third-party defendant Frank Policelli to dismiss the third-party complaint against him. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 6, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court